UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| SHELBY WEBB COX, | * | CIVIL ACTION NO. 2:24-CV-01068 |
| Plaintiff. | * | |
| v. | * | CIV DIVISION, SECTION I |
| | * | |
| MIGNON FAGET, LTD., | * | JUDGE LANCE M. AFRICK |
| Defendant. | * | |
| | * | MAGISTRATE JUDGE NORTH |
| | * | JURY DEMAND |

## **DEFENDANT'S MOTION IN LIMINE**

NOW COMES, Mignon, Faget, Ltd. ("Defendant"), who files this *Motion in Limine* against Shelby Webb Cox (the "Plaintiff"), seeking to exclude and/or limit testimony given by Plaintiff in her deposition and exhibits as follows:

1. Plaintiff's Exhibit 9 and any testimony from Plaintiff that she is entitled to past due overtime.

2. Testimony by the Plaintiff or any other witness regarding the alleged "wrongful termination of other Mignon Faget, Ltd. employees."

3. Any testimony from Plaintiff that her requirement to have a C-section was related to stress.

4. Any testimony regarding the profitability of Mignon Faget, Ltd. or their gross or net profits.

5. Any testimony regarding a prior EEOC charge filed against Mignon Faget, Ltd.

WHEREFORE, Defendant prays that after due proceedings are had, this Court excludes Exhibit 9 and any testimony as iterated in items number 1, 3, and 4 above.

STERNBERG, NACCARI & WHITE, LLC

By:   */s/ Chelsea B. Cusimano*
    M. Suzanne Montero, La. Bar # 21361
    Grahan H. Williams, La. Bar #36731
    Scott L. Sternberg, La. Bar #33390
    Chelsea B. Cusimano, La. Bar #34857
    935 Gravier Street, Suite 1800
    New Orleans, LA 70112
    Tel: (504) 324-2141
    Fax: (504) 534-8961
    suzy@snw.law | graham@snw.law |
    scott@snw.law |chelsea@snw.law
    ***ATTORNEYS FOR DEFENDANT***