UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| SHELBY WEBB COX,<br>    Plaintiff. | *<br>* | CIVIL ACTION NO. 2:24-CV-01068 |
| | * | |
| v. | * | JUDGE LANCE M. AFRICK |
| | * | |
| MIGNON FAGET, LTD.,<br>    Defendant. | *<br>* | MAGISTRATE JUDGE<br>MICHAEL NORTH |
| | * | |
| | * | <u>JURY DEMAND</u> |

## <u>PLAINTIFF'S APPLICATION FOR<br>PRE-JUDGMENT INTEREST AND LIQUIDATED DAMAGES</u>

NOW INTO COURT, through undersigned counsel, comes Plaintiff, SHELBY WEBB COX ("Plaintiff") who files this Application for Pre-Judgment Interest and Liquidated Damages under the Family Medical Leave Act ("FMLA") 29 U.S.C. § 2617(a)(1)(A)(iii)[1], as follows:

1.

Plaintiff files this Application for Pre-Judgment Interest and Liquidated Damages under FMLA, 29 U.S.C. § 2617(a)(1)(A)(iii).

2.

Plaintiff incorporates herein by specific reference in her Memorandum in Support of Application for Pre-Judgment Interest and Liquidated Damages under FMLA and all arguments contained therein.

---

[1] An award of attorney's fees will be sought in a separate application pursuant to this Court's Minute Entry (Rec. Doc. 66), if necessary.

1

3.

Plaintiff is entitled to and desires that her Application for Pre-Judgment Interest and Liquidated Damages under FMLA 29 U.S.C. § 2617(a)(1)(A)(iii) be granted, and further, that she be awarded all such relief to which she is entitled at law or in equity.

Wherefore, Plaintiff SHELBY WEBB COX Prays that this Honorable Court grant her Motion in for Application Pre-Judgment Interest and Liquidated Damages under the Family Medical Leave Act ("FMLA") 29 U.S.C. § 2617(a)(1)(A)(iii).

PLAINTIFF FURTHER PRAYS for all other orders and decrees necessary and proper for full, just and equitable relief.

Respectfully Submitted,

DOWNER, JONES, MARINO & WILHITE
401 Market Street, Suite 1250
Shreveport, LA 71101
Tel: 318-213-4444
Fax: 318-213-4445
e-mail: ajones@dhw-law.com
e-mail: msandifer@dhw-law.com

*/s/ Allison A. Jones*
Allison A. Jones, Bar No. 16990, T.A.
Marcus D. Sandifer, Bar No. 39326
ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 18th day of March, 2025, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

*/s/ Allison A. Jones*
Attorney for Plaintiff

2