UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **SHELBY WEBB COX** | **CIVIL ACTION** |
| **VERSUS** | **No. 24-1068** |
| **MIGNON FAGET, LTD** | **SECTION I** |

### ORDER

Before the Court is a renewed motion[1] for judgment as a matter of law filed by defendant Mignon Faget, Ltd. ("defendant"). Plaintiff Shelby Webb Cox ("plaintiff") filed a response in opposition.[2] Defendant filed a reply.[3] Having read the filings, the Court discovered that they do not contain citations to the trial transcript even though the filings make reference to the testimony at trial.. Accordingly,

**IT IS ORDERED** that the parties shall refile their briefs with specific citations to the trial transcript **no later than May 19, 2025**. The parties are responsible for acquiring a copy of the transcript in time to comply with this order.

New Orleans, Louisiana, April 17, 2025.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. No. 71.
[2] R. Doc. No. 74.
[3] R. Doc. No. 76.