UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**SHELBY WEBB COX**                                                                  **CIVIL ACTION**

**VERSUS**                                                                                        **No. 24-1068**

**MIGNON FAGET, LTD**                                                             **SECTION I**

## ORDER

Before the Court is an application for liquidated damages filed by plaintiff Shelby Webb Cox ("plaintiff").[1] Defendant Mignon Faget, Ltd. ("defendant") filed a response in opposition.[2] Having read the filings, the Court discovered that they do not contain citations to the trial transcript even though the filings make reference to the testimony at trial. Accordingly,

**IT IS ORDERED** that the parties shall refile their briefs with specific citations to the trial transcript **no later than May 19, 2025**. The parties are responsible for acquiring a copy of the transcript in time to comply with this order.

New Orleans, Louisiana, April 21, 2025.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. No. 68.
[2] R. Doc. No. 70.