UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**SHELBY WEBB COX**                                                                                   **CIVIL ACTION**

**VERSUS**                                                                                                       **No. 24-1068**

**MIGNON FAGET, LTD**                                                                                **SECTION I**

## ORDER

Before the Court is a joint motion[1] to continue the deadline for filing revised briefs in connection with the defendant's renewed motion[2] for judgment as a matter of law and plaintiff's motion[3] for pre-judgment interest and liquidated damages. Upon consideration of the joint motion,

**IT IS ORDERED** that the joint motion is **GRANTED**. The deadline for filing the revised briefing in connection with the aforementioned motions is **CONTINUED** to **May 30, 2025**. The motions shall be deemed submitted on that date.

New Orleans, Louisiana, April 29, 2025.

LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. No. 81.
[2] R. Doc. No. 71.
[3] R. Doc. No. 68.