MINUTE ENTRY
NORTH, M.J.
MAY 12, 2025

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SHELBY WEBB COX | CIVIL ACTION |
| VERSUS | NUMBER: 24-1068 |
| MIGNON FAGET, LTD. | SECTION: "I"(5) |

A settlement conference was conducted on this date before the undersigned Magistrate Judge.

    PARTICIPATING:   Allison Jones
                                   Suzanne Montero

Negotiations were productive but unfortunately no resolution of Plaintiff's claims could be achieved at this time.

                                                           MICHAEL B. NORTH
                                        UNITED STATES MAGISTRATE JUDGE

MJSTAR (00:45)