UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**SHELBY WEBB COX**                                                     **CIVIL ACTION**

**VERSUS**                                                                        **No. 24-1068**

**MIGNON FAGET, LTD**                                                   **SECTION I**

## ORDER

Upon consideration of plaintiff's motion[1] for leave to file a supplemental memorandum in support of her motion for attorneys' fees,

**IT IS ORDERED** that defendant shall file a response **no later than June 25, 2025**.

**IT IS FURTHER ORDERED** that plaintiff may file a reply **no later than June 27, 2025**. The motion shall be deemed submitted on that date.

New Orleans, Louisiana, June 17, 2025.

_____
**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. No. 93.