UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| SHELBY WEBB COX, | * | CIVIL ACTION NO. 2:24-CV-01068 |
| Plaintiff. | * | |
| v. | * | CIV DIVISION, SECTION I |
| | * | |
| MIGNON FAGET, LTD., | * | JUDGE LANCE M. AFRICK |
| Defendant. | * | |
| | * | MAGISTRATE JUDGE NORTH |
| | * | JURY DEMAND |

## **JOINT NOTICE OF SETTLEMENT**

NOW INTO COURT COME Plaintiff, SHELBY WEBB COX, and Defendant, MIGNON FAGET, LTD., who state the following:

The parties to this lawsuit have reached an agreement and this matter is now settled.

WHEREFORE, Parties request the entry of the 90 day order dismissing the case.

Respectfully submitted this 1st day of August, 2025.

| | |
|---|---|
| DOWNER, JONES, MARINO & WILHITE, L.L.C. | STERNBERG, NACCARI & WHITE, LLC |
| By: _/s/ Allison A. Jones_ | By: _/s/ M. Suzanne Montero_ |
| Allison A. Jones, Bar #16990 | M. Suzanne Montero, La. Bar # 21361 |
| 401 Market Street, Suite 1250 | Graham H. Williams, La. Bar #36731 |
| Shreveport, LA 71101 | Scott L. Sternberg, La. Bar #33390 |
| Tel: (318) 213-4444 | Chelsea B. Cusimano, La. Bar #34857 |
| Fax: (318) 213-4445 | 935 Gravier Street, Suite 2020 |
| Email: ajones@dhw-law.com | New Orleans, LA 70112 |
| | Tel: (504) 324-2141 |
| | Fax: (504) 534-8961 |
| | suzy@snw.law | graham@snw.law | scott@snw.law | chelsea@snw.law |
| ***ATTORNEYS FOR PLAINTIFF*** | ***ATTORNEYS FOR DEFENDANT*** |