UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| SHELBY WEBB COX,<br>Plaintiff. | * <br> * <br> * | CIVIL ACTION NO. 2:24-CV-01068 |
| v. | * <br> * | CIV DIVISION, SECTION I |
| MIGNON FAGET, LTD.,<br>Defendant. | * <br> * <br> * <br> * | JUDGE LANCE M. AFRICK <br><br> MAGISTRATE JUDGE NORTH <br> JURY DEMAND |

## JOINT MOTION TO DISMISS

Shelby Webb Cox, Plaintiff in the above styled matter, and Mignon Faget, LTD, Defendant, file this Joint Motion to Dismiss and would respectfully show as follows:

1. The parties have amicably resolved all claims and now file this joint dismissal. Therefore, the plaintiff, Shelby Webb Cox, desires to dismiss all claims against the defendant, Mignon Faget, LTD.

2. Accordingly, Plaintiff Shelby Webb Cox, and Defendant, Mignon Faget, LTD, requests that this motion be filed, be deemed good and sufficient, and after due proceedings had, that the Court enter an order dismissing all claims against Defendant, with prejudice.

3. For these reasons, the parties ask this Court to grant their Joint Motion to Dismiss and enter the attached proposed Order of Dismissal.

Respectfully submitted,

| | |
|---|---|
| DOWNER, JONES, MARINO & WILHITE, L.L.C. | STERNBERG, NACCARI & WHITE, LLC |
| By: */s/ Allison A. Jones* | By: */s/* M. Suzanne Montero |
| Allison A. Jones, Bar #16990 | M. Suzanne Montero, La. Bar # 21361 |
| 401 Market Street, Suite 1250 | Grahan H. Williams, La. Bar #36731 |
| Shreveport, LA 71101 | Scott L. Sternberg, La. Bar #33390 |
| Tel: (318) 213-4444 | Chelsea B. Cusimano, La. Bar #34857 |
| Fax: (318) 213-4445 | 935 Gravier Street, Suite 2020 |
| Email: ajones@dhw-law.com | New Orleans, LA 70112 |
| | Tel: (504) 324-2141 |
| | Fax: (504) 534-8961 |
| | suzy@snw.law | graham@snw.law | |
| | scott@snw.law |chelsea@snw.law |
| ***ATTORNEYS FOR PLAINTIFF*** | ***ATTORNEYS FOR DEFENDANT*** |